Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Eric Lish Swan                   Docket No. 00-00111-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Lish Swan, who was placed on supervision by the Honorable William L. Standish sitting in the Court at Pittsburgh, on the 21st day of March 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in drug testing, and if necessary, drug treatment as directed by the probation office.
- Shall pay a special assessment of $100.

| | |
|---|---|
| 03-21-02: | Possession of Firearm by Convicted Felon; Imprisonment 73 months, followed by supervised release of 3 years. |
| 08-07-02: | Order, Judge Standish; Judgment imposed on March 21, 2002, shall take effect *nunc pro tunc* on May 18, 2000, when defendant came into federal custody. |
| 01-20-06: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports a violation of the general condition of supervision as follows:

**While on supervised release, you shall not commit another Federal, state, or local crime.**

On October 28, 2006, the releasee was arrested by the City of Pittsburgh Police Department on charges of one count of Criminal Mischief and four counts of Burglary. This case is scheduled for formal arraignment in the Court of Common Pleas, Allegheny County, Pennsylvania, on April 24, 2007, at CC #200702189. On December 1, 2006, the releasee was arrested by the City of Pittsburgh Police Department on charges of Criminal Trespass, Theft by Unlawful Taking, Receiving Stolen Property, and Possession of a Controlled Substance - heroin and crack cocaine (two counts). This case was scheduled for a preliminary hearing in Pittsburgh City Court on April 10, 2007, at OTN #G328071-2. The releasee failed to appear for the preliminary hearing on April 10, 2007, and an arrest warrant was issued.

On March 17, 2007, the releasee was charged with one count of Robbery by the City of Pittsburgh Police Department at OTN #G337015-0. On March 20, 2007, an arrest warrant for the releasee was issued by Pittsburgh City Court.

**Shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.**

The releasee failed to report to the U.S. Probation Office as directed on April 5, 2007. The releasee has also failed to submit a written monthly report to the probation office since February 2007. The releasee's current whereabouts is unknown to the probation officer.

U.S.A. vs. Eric Lish Swan
Docket No. 00-00111-001
Page 2

PRAYING THAT THE COURT WILL ORDER a bench warrant to be issued for the arrest of the supervised releasee for alleged violations of supervision and that bond be set at $ _____.

ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 13, 2007

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania