```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
          v.                )    Criminal No. 00-111
                            )
ERIC LISH SWAN              )
```

**ORDER OF COURT**

AND NOW, to wit, this _____ day of September, 2007, upon consideration of the with Motion for Release Pending Hearing on Supervised Release, it is hereby ORDERED, ADJUDGED and DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the federal warrant and detainer are lifted and the defendant is returned to supervision by the U.S. Probation Office pending a final hearing on the Petition.

```
                         _____
                         William L. Standish
                         Senior United States District Judge

cc:  Counsel of Record
     United States Marshal
     United States Probation Office
```