```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  )       Criminal No. 00-111
                              )
ERIC LISH SWAN                )
```

**ORDER OF COURT**

AND NOW, to wit, this _____ day of September, 2007, upon consideration of the with Motion for Release Pending Hearing on Supervised Release, it is hereby ORDERED, ADJUDGED and DECREED that said motion be and the same hereby is, GRANTED in part:  specifically, IT IS FURTHER ORDERED that a hearing on the defendant's bond and conditions of release is scheduled for _____, 2007, at _____ o'clock,\_\_\_\_.M. before the undersigned member of this Court.

```
                          _____
                          William L. Standish
                          Senior United States District Judge

cc:  Counsel of Record
     United States Marshal
     United States Probation Office
```