IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
        V.                      )   Criminal No.   00-111
                                )
ERIC LISH SWAN                  )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this _13th_ day of __September__, _2007_, the Court being satisfied that the above-named defendant is financially unable to obtain counsel, and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Ave., Pittsburgh, Pennsylvania 15222, phone number (412) 644-6565, is hereby appointed to represent the defendant in all matters related to the alleged violation of his/her period of supervised release previously imposed at the above criminal number.

PRIMARY COUNSEL:    W. Penn Hackney

                    PA Attorney ID #   29671

_William L. Standish_ (signature)
William L. Standish
United States Senior District Judge