Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
2007 DEC 10 PM 3: 15
CLERK
U S DISTRICT COURT

U.S.A. vs. Eric Lish Swan    Docket No. 00-00111-001

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Lish Swan, who was placed on supervision by the Honorable William L. Standish sitting in the Court at Pittsburgh, Pennsylvania, on the 21st day of March 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in drug testing and, if necessary, drug treatment as directed by the probation office.
- Shall pay a special assessment of $100.00.

| | |
|---|---|
| 03-21-02: | Possession of a Firearm by a Convicted Felon; Imprisonment 73 months, followed by supervised release of 3 years. |
| 08-07-02: | Order, Judge Standish; Judgment imposed on March 21, 2002, shall take effect *nunc pro tunc* on May 18, 2000, when the defendant came into federal custody. |
| 01-20-06: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |
| 04-17-07: | Bench warrant issued, Judge Standish, for the arrest of the releasee for alleged violations of supervision. |
| 10-03-07: | Released on a $10,000 bond pending supervised release revocation hearing. |

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports the following:

      On or about October 3, 2007, the releasee was released from custody on a $10,000 bond. The releasee was being held due to a pending supervised release revocation hearing.

      On or about November 18, 2007, the releasee was arrested and then cited by the Mt. Oliver, Pennsylvania, Police Department on charges of Disorderly Conduct and Retail Theft. This contact with law enforcement officers was the result of the releasee allegedly stealing cold medicine from a local pharmacy, and then fleeing from the police. The dispositions of these offenses are pending. The releasee failed to report this contact with law enforcement officers to the U.S. Probation Office as required.

      On December 4, 2007, the releasee failed to appear for trial in the Court of Common Pleas, Allegheny County, Pennsylvania, at CC200702189 (Burglary/Criminal Trespass), and a bench warrant was issued for his arrest.

      At the time of this petition, the whereabouts of the releasee are unknown.

U.S.A. v. Eric Lish Swan
Docket No. 00-00111-001
Page 2

**PRAYING THAT THE COURT WILL ORDER** a bench warrant be issued for the arrest of the releasee.

|  |  |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| **ORDER OF COURT** | Executed on December 6, 2007 |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | _____<br>John P. Kuklar<br>U.S. Probation Officer |
| _____<br>Senior U.S. District Judge | _____<br>Roselyn Gerson<br>Supervising U.S. Probation Officer |
| | Place: Pittsburgh, Pennsylvania |