## RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
|---|---|
| vs | DATE OF COMPLAINT |
| **ERIC LISH SWANN** | CRIMINAL DOCKET NUMBER: 00-111 |
|  | DATE OF INDICTMENT |
|  | STATUTE: Violation Hearing |
| DATE ARRESTED: 12/14/2007 |  |

### INITIAL APPEARANCE

Before Magistrate: [X] LENIHAN   [ ] MITCHELL   [ ] HAY   [ ] CAIAZZA   [ ] BAXTER   [ ] PESTO

Date: 12/14/2007   Time: 3:00 – 3:15   Cassette Tape #: ____   Tape Index: ____

U.S. ATTORNEY: JAMES LOVE

**1. RIGHTS EXPLAINED**

**2. COMPLAINT/INDICTMENT/INFORMATION:**
- [X] Read   [ ] Summarized   [ ] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

FILED DEC 14 2007
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**3. ACT & PENALTIES**
- [ ] Read   [ ] Summarized   [X] Reading waived

**4. COUNSEL**
- [ ] Defendant requested appointment
- [ ] Defendant waived appointment
- [X] Defendant represented by: W. Penn Hackney (Not present)
- [ ] Defendant expects to retain: ____
- [ ] Affidavit executed
- [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
- [ ] Federal Public Defender appointed
- [ ] CJA Panel Attorney ____ appointed

**5. BAIL**
- Recommended Bond: ____
- Bond Set at: ____
- [ ] By Consent   [ ] Additional Conditions Imposed: ____
- [ ] By Magistrate
- [ ] Bond Posted
- [X] Temporary Commitment issued   [ ] Final Commitment issued
- Bond Review Hearing Set For: ____
- Detention Hearing Set For: TO BE SCHEDULED BY JUDGE STANDISH

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam/Rule 40/Arraignment set for: ____   Before Magistrate: ____

ADDITIONAL COMMENTS: Judge Standish to be notified of the Defendant's arrest, and he will schedule a hearing on the Petition. An order detaining deft to be entered.