IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 00 - 111 |
| | ) | |
| v. | ) | Judge William Standish |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| ERIC LISH SWANN, | ) | |

### ORDER

The defendant shall be detained pursuant to the Order (Doc. No. 62) dated December 11, 2007, until a hearing is scheduled before Judge William Standish on the alleged violations contained in the Petition of Supervised Release.

/s/ Lisa Pupo Lenihan
United States Magistrate Judge

cc:  Counsel of record
     U.S. Probation
     U.S. Marshals

FILED

DEC 1 4 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA