Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Eric Lish Swan                                     Docket No. 00-00111-001

### Supplemental Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Lish Swan, who was placed on supervision by the Honorable William L. Standish sitting in the Court at Pittsburgh, Pennsylvania, on the 21st day of March 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in drug testing and, if necessary, drug treatment as directed by the probation office.
- Shall pay a special assessment of $100.

| | |
|---|---|
| 03-21-02: | Possession of a Firearm by a Convicted Felon; 73 months' imprisonment, followed by 3 years' supervised release. |
| 08-07-02: | Order, Judge Standish; Judgement imposed on March 21, 2002, shall take effect *nunc pro tunc* on May 18, 2000, when the defendant came into federal custody. |
| 01-20-06: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |
| 04-17-07: | Bench warrant issued, Judge Standish, for the arrest of the releasee for alleged violations of supervision. |
| 10-03-07: | Released on a $10,000 bond pending supervised release revocation hearing. |
| 12-11-07: | Bench warrant issued, Judge Standish, for the arrest of the releasee for alleged violations of supervision. |
| 12-14-07: | Releasee arrested on bench warrant; In custody since arrest date. |

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    While on supervision, you shall not commit another Federal, state, or local crime.

    On or about November 29, 2007, in the Pittsburgh, Pennsylvania, area, the releasee allegedly robbed a jitney driver by brandishing a firearm and taking ten dollars from the victim. A preliminary hearing on this charge is scheduled in Pittsburgh City Court on February 28, 2008, at OTN No. G-417194-1.

U.S.A. vs. Eric Lish Swan
Docket No. 00-00111-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the previously noted alleged violation of supervision be incorporated as part of the Petition Action previously made a part of the record in this case on December 11, 2007.

ORDER OF COURT

Considered and ordered this __19TH__ day of __Feb.__, 20 _08_ and ordered filed and made a part of the records in the above case.

_William L. Standish_

Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 13, 2008

_John P. Kuklar_
John P. Kuklar
U.S. Probation Officer

_Roselyn Gerson_
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania