

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Eric Lish Swan                                     Docket No. 00-00111-001

**Supplemental Petition on Supervised Release**

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Lish Swan, who was placed on supervision by the Honorable William L. Standish sitting in the Court at Pittsburgh, Pennsylvania, on the 21st day of March 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in drug testing and, if necessary, drug treatment as directed by the probation office.
- Shall pay a special assessment of $100.

| | |
|---|---|
| 03-21-02: | Possession of a Firearm by a Convicted Felon; 73 months' imprisonment, followed by 3 years' supervised release. |
| 08-07-02: | Order, Judge Standish: Judgement imposed on March 21, 2002, shall take effect nunc pro tunc on May 18, 2000, when the defendant came into federal custody. |
| 01-20-06: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |
| 04-17-07: | Bench warrant issued, Judge Standish, for the arrest of the releasee for alleged violations of supervision. |
| 10-03-07: | Released on a $10,000 bond pending supervised release revocation hearing. |
| 12-11-07: | Bench warrant issued, Judge Standish, for the arrest of the releasee for alleged violations of supervision. |
| 12-14-07: | Releasee arrested on bench warrant; In custody since arrest date. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports the following:

    On February 14, 2008, in the Court of Common Pleas of Allegheny County, Pennsylvania, the releasee entered guilty pleas to a charge of Criminal Mischief and Criminal Trespass at CC200702189. He was sentenced to an imprisonment term of 9 to 18 months, followed by a 6-month term of probation. He was granted parole forthwith.

    On February 14, 2008, in the Court of Common Pleas of Allegheny County, Pennsylvania, the releasee entered a guilty plea to a charge of Possession of a Controlled Substance, at CC200713008. No further penalty was imposed.

    The releasee had two separate Robbery charges pending against him at OTN Nos. G417194-1 and G337015-0. Both of these charges have been dismissed in Pittsburgh, Pennsylvania, City Court.

U.S.A. v. Eric Lish Swan
Docket No. 00-00111-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 6A, Sixth Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on  April 29, 2008,  at  2:30 p.m.  , to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this  24th day of
April , 20 08 and ordered filed and made
a part of the records in the above case.

_William L. Standish_
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on                April 21, 2008

_John P. Kuklar_
U.S. Probation Officer

_Roselyn Gerson_
Supervising U.S. Probation Officer

Place:        Pittsburgh, Pennsylvania