IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 00-111 |
| | ) |
| ERIC LISH SWAN | ) |

### O R D E R

AND NOW, this 29th day of April, 2008, the Court having heard the arguments of the parties at a hearing to show cause why Defendant's supervised release should not be revoked, **IT IS HEREBY ORDERED** that the hearing be continued until Thursday, May 8, 2008, at 3:00 p.m. in Courtroom 6A, United States Courthouse, Pittsburgh, Pennsylvania.

William L. Standish
United States District Judge

cc: Counsel of Record
    U.S. Probation Office
    U.S. Marshal