IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       )
                               )
            v.                 )     Criminal No. 00-111
                               )
ERIC LISH SWAN                 )

### MOTION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING

AND NOW comes the defendant, Eric Lish Swan, by his attorney, W. Penn Hackney, Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue his supervised release violation hearing, and in support thereof sets forth the following:

1.   A supervised release violation hearing is scheduled for May 8, 2008.

2.   Defense counsel is scheduled to begin jury selection in the case of United States v. Lugo Luna, Criminal No. 06-316, before the Honorable Gustave Diamond on Monday, May 5, 2008, and the trial is expected to last through the week (May 9, 2008).

WHEREFORE, for the foregoing reasons, your defendant, Eric Lish Swan, respectfully moves this Honorable Court to

continue his supervised release violation hearing to another

date at the convenience of the Court.

                              Respectfully submitted,


                              s/ W. Penn Hackney
                              W. Penn Hackney, Assistant
                              Federal Public Defender
                              Pa. Attorney ID No. 29671