```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA    )
                            )
            v.              )    Criminal No. 00-111
                            )
ERIC LISH SWAN              )
```

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of May, 2008, upon consideration of the within Motion to Continue Supervised Release Violation Hearing, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the supervised release violation hearing is rescheduled to _____, 2008, at _____ M.

_____
David S. Cercone
United States District Judge

cc: Counsel of Record
    U.S. Marshal