IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
         vs.                    ) Criminal No. 00-111
                                )
ERIC LISH SWAN                  )

## O R D E R

**AND NOW**, this 6th day of May, 2008, Defendant having filed a Motion to Continue the Supervised Release Violation Hearing originally scheduled for May 8, 2008 (Docket No. 70), the Court hereby **GRANTS** Defendant's Motion.

**IT IS FURTHER ORDERED** that the supervised release violation hearing is rescheduled for Thursday, May 29, 2008, at 3:30 p.m. in Courtroom 6A, United States Courthouse, Pittsburgh, Pennsylvania.

　　　　　　　　　　　　　　　　　　_William L. Standish_
　　　　　　　　　　　　　　　　　　William L. Standish
　　　　　　　　　　　　　　　　　　United States District Judge

cc: Counsel of Record
    U.S. Probation Office
    U.S. Marshal