```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 00-111
                              )
ERIC LISH SWAN                )
```

**MOTION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING**

    AND NOW comes the defendant, Eric Lish Swan, by his attorney, W. Penn Hackney, Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue his supervised release violation hearing, and in support thereof sets forth the following:

1.   A supervised release violation hearing is scheduled for May 29, 2008.

2.   Defense counsel will be out of town at annual training from May 27, 2008 through May 30, 2008.

    WHEREFORE, for the foregoing reasons, your defendant, Eric Lish Swan, respectfully moves this Honorable Court to

continue his supervised release violation hearing to another date at the convenience of the Court.

                              Respectfully submitted,

                              *s/ W. Penn Hackney*
                              W. Penn Hackney, Assistant
                              Federal Public Defender
                              Pa. Attorney ID No. 29671