IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            v.                  )       Criminal No. 00-111
                                )
ERIC LISH SWAN                  )

**ORDER OF COURT**

AND NOW, to-wit, this _13th_ day of May, 2008, upon

consideration of the within Motion to Continue Supervised

Release Violation Hearing, it is hereby ORDERED, ADJUDGED AND

DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the supervised release

violation hearing is rescheduled to _June 5_ _____,

2008, at _3:30_ _P._ M.

William L. Standish
~~David C. Cercone~~

United States District Judge

cc: Counsel of Record
    U.S. Marshal