IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
    )
    vs.    )  Criminal No. 00-111
    )
ERIC LISH SWAN    )

## ORDER REVOKING SUPERVISED RELEASE

The United States Probation Office has filed a petition requesting court action for alleged violations by Defendant, Eric Lish Swan, of the terms of the supervised release imposed upon him by this court's judgment dated March 21, 2002, as amended on August 2, 2002.

Defendant pled guilty to a violation of Title 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm. At the hearing on March 21, 2002, the Court imposed upon Defendant a sentence of seventy-three (73) months imprisonment to run concurrently with the term of imprisonment imposed under a previous federal sentence for violation of supervised release at Criminal Number 92-148.

The judgment further directed that, upon release from imprisonment, Defendant should be placed on supervised release for a term of three (3) years. The term of supervised release imposed upon Defendant included, among other conditions, that:

(1) Defendant should not illegally possess a controlled substance; (2) he should not commit any other Federal, state or local crime, (3) he should report to the probation officer as directed; and (4) he should submit a written monthly report to the probation office. Defendant's term of imprisonment was completed and he was released to supervision on January 20, 2006.

On February 14, 2008, in the Court of Common Pleas of Allegheny County, Defendant entered guilty pleas to charges of criminal mischief and possession of a controlled substance. The court was also advised by the probation office that Defendant had failed to satisfy other terms of his supervised release, namely, failure to report as directed and to submit monthly written reports to the probation office. Defendant has not disputed these violations.

At a hearing held June 5, 2008, the court found, in the light of Defendant's guilty pleas and other evidence, that Defendant has violated conditions of supervised release conditions imposed upon him by the court.

AND NOW, this 5th day of June, 2008, following a further hearing on the issue of the penalty, if any, to be imposed on Defendant, it is hereby ORDERED as follows:

Defendant's supervised release is revoked and he shall be committed to the custody of the Bureau of Prisons for imprisonment for a term of nine (9) months. The period of imprisonment shall be

deemed to have begun on December 14, 2007, the date upon which Defendant was detained in Allegheny County Jail on this court's arrest warrant. No further term of supervised release shall be imposed.

_William L. Standish_
William L. Standish
United States District Judge

cc:  James Love, Esq.
     Assistant United States Attorney
     4th Floor, United States Courthouse
     Pittsburgh, Pennsylvania  15219

     W. Penn Hackney, Esq.
     Assistant Federal Public Defender
     Liberty Center Suite 415
     960 Penn Avenue
     Pittsburgh, PA 15222

     U.S. Probation Office

     U.S. Marshal

     Bureau of Prisons