# RETURN OF PROPERTY BOND
## Docket Information

Case Number _____C.A. 00-111_____

<u>Instructions to Docket Clerk:</u>  Please enter the following as a REMARK

Property Bond papers held in the Finance Office for property located at _938 Koline St, Pittsburgh PA 15210_ has been returned to posting party certified mail on _July 16, 2008_____.

Prepared by _[initials]_
Initials